**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SHANA L. CROWE                               )
                                             )   Case No.: 2:17-cv-02897-RFB-CWH
     Plaintiff,                            )
                                             )   ORDER ON JOINT MOTION FOR
     v.                                    )   ATTORNEY FEES UNDER THE EQUAL
                                             )   ACCESS TO JUSTICE ACT
MARTIN O'MALLEY,                             )
Commissioner of Social Security,             )
                                             )
     Defendant.                            )
                                             )

Pending before the Court is the Parties' Joint Motion for Attorneys Fees Under the Equal Access to Justice Act (ECF No. 45). Based upon the Parties' submission and their stipulation to the fee award, **IT IS HEREBY ORDERED** the Joint Motion is **GRANTED.** Plaintiff is **AWARDED** attorney's fees in the amount of NINE THOUSAND EIGHT HUNDRED NINETY EIGHT dollars and NINETEEN cents ($9,898.19)as authorized by 28 U.S.C. § 2412 and no costs as authorized by 28 U.S.C. § 1920 subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Attorney's Fees (ECF No. 40), and Defendant's related request for an extension (ECF No. 43),  are **DENIED** as moot.

**IT IS FURTHER ORDERED** the Parties shall file a joint status report regarding the status of this action by May 10, 2026. The status report should detail what, if any, further issues remain pending before the Court.

**DATED:** April 10, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**